UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHOENIX ENTERTAINMENT
PARTNERS, LLC,

    Plaintiff,

v.                                           CASE NO. 5:17cv279/MCR/GRJ

KARRIE MICHELLE DAUGHERTY
*d/b/a* SHORE DOGS, and NONIE KINNER,

    Defendants.
    _____/

# **O R D E R**

This matter is before the Court on Plaintiff's Motion for Preliminary Pretrial Conference and Appointment of Mediator. ECF No. 33. Plaintiff advises that Defendant, Karrie Michelle Daugherty *d/b/a* Shore Dogs, has not responded to past due discovery requests and has failed to cooperate in efforts to schedule mediation. In review of the docket, Defendant Karrie Michelle Daugherty *d/b/a* Shore Dogs appears to be proceeding *pro se*. The corporate status of Shore Dogs is unclear to the Court. Therefore, Defendant, Karrie Michelle Daugherty *d/b/a* Shore Dogs, will be

required to file a notice regarding the corporate status of the business.  "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986). Additionally, Defendant, Karrie Michelle Daugherty *d/b/a* Shore Dogs, will be required to show cause why sanctions should not be imposed for failure to defend and/or participate in the litigation of this matter.

Accordingly, it is ORDERED:

1. The Defendant, Karrie Michelle Daugherty *d/b/a* Shore Dogs, is hereby ordered to file a notice regarding the corporate status of the business, Shore Dogs, within ten (10) days from the date of this Order.

2. Defendant, Karrie Michelle Daugherty *d/b/a* Shore Dogs, is hereby ordered to show cause why sanctions should not be imposed for failure to defend and/or participate in the litigation of this matter.  Defendant's response is due within ten (10) days from the date of this Order.

3. Failure to comply with this Order will result with the imposition of sanctions, which may include entry of default against Defendant.

4. Plaintiff's Motion for Preliminary Pretrial Conference and Appointment of Mediator, ECF No. 33, is DENIED.

**SO ORDERED** this 14th day of March 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**